| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION |
| Case number *(if known)* _____    Chapter **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Barscott, LLC** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 95-4743531 | |
| 4. | **Debtor's address** | **Principal place of business** **825 S. Barrington Ave.** **Los Angeles, CA 90049** Number, Street, City, State & ZIP Code  **Los Angeles** County | **Mailing address, if different from principal place of business** P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business** **12928 Evanston Street Los Angeles, CA 90049** Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ | |

Debtor  **Barscott, LLC**_____  Case number (*if known*)_____
      Name

7. **Describe debtor's business**

    A. *Check one:*
    - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
    - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
    - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
    - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
    - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
    - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
    - ■ None of the above

    B. *Check all that apply*
    - ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
    - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
    - ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

    C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
       __5313__

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

    *Check one:*
    - ☐ Chapter 7
    - ☐ Chapter 9
    - ■ Chapter 11. *Check **all** that apply*:
        - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
        - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
        - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
        - ☐ A plan is being filed with this petition.
        - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
        - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
        - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
    - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
    If more than 2 cases, attach a separate list.

    - ■ No.
    - ☐ Yes.

    District _____ When _____ Case number _____
    District _____ When _____ Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
    - ☐ No
    - ■ Yes.

Debtor  **Barscott, LLC** _____    Case number (*if known*) _____
   Name

List all cases. If more than 1, attach a separate list  Debtor **See Attachment**  Relationship _____
    District _____ When _____ Case number, if known _____

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this district*?** | *Check all that apply:*<br>■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br> What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br> Number, Street, City, State & ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>   Contact name _____<br>   Phone _____ |

### ■ Statistical and administrative information

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | *Check one:*<br>■ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |
| **14.** | **Estimated number of creditors** | ■ 1-49   ☐ 1,000-5,000   ☐ 25,001-50,000<br>☐ 50-99   ☐ 5001-10,000   ☐ 50,001-100,000<br>☐ 100-199   ☐ 10,001-25,000   ☐ More than100,000<br>☐ 200-999 |
| **15.** | **Estimated Assets** | ☐ $0 - $50,000   ☐ $1,000,001 - $10 million   ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000   ■ $10,000,001 - $50 million   ☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000   ☐ $50,000,001 - $100 million   ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million   ☐ More than $50 billion |
| **16.** | **Estimated liabilities** | ☐ $0 - $50,000   ☐ $1,000,001 - $10 million   ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000   ■ $10,000,001 - $50 million   ☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000   ☐ $50,000,001 - $100 million   ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million   ☐ More than $50 billion |

Debtor **Barscott, LLC**
Name

Case number (*if known*) _____

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  2/4/2025
MM / DD / YYYY

X  /s/ [signature]
Signature of authorized representative of debtor

**Logan A. Beitler**
Printed name

Title  **Manager**

**18. Signature of attorney**

X   /s/ Gary E. Klausner
Signature of attorney for debtor

Date  December 17, 2024
MM / DD / YYYY

**Gary E. Klausner 69077**
Printed name

**Levene, Neale, Bender, Yoo & Golubchik L.L.P.**
Firm name

**2818 La Cienega Ave.
Los Angeles, CA 90034**
Number, Street, City, State & ZIP Code

Contact phone  **(310) 229-1234**    Email address  **GEK@LNBYG.COM**

**69077 CA**
Bar number and State

Debtor **Barscott, LLC**    Case number (*if known*)
Name

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

Case number (*if known*)    Chapter    **11**

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **Beitler Texas Enterprises LLC** | | Relationship to you | | **Affiliated Entity** |
| District | **Bankr. C.D. Cal.** | When **7/01/24** | Case number, if known | | **2:24-bk-15228-WB** |
| Debtor | **Westcliff Investors, LLC** | | Relationship to you | | **Affiliated Entity** |
| District | **Bankr. C.D. Cal.** | When **7/01/24** | Case number, if known | | **2:24-bk-15224-WB** |

Le Conte Westwood Development, LLC; 1/24/25; Affiliated Entity; 2:25-bk-10261-WB

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Barscott, LLC** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders        12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Los Angeles County Tax Collector** **P.O. Box 54018** | | **For notice purposes only** | | | | $0.00 |

## RESOLUTION BY MEMBER OF BARSCOTT, LLC,
## A CALIFORNIA LIMITED LIABILITY COMPANY

The following resolutions is made by the Member of Barscott, LLC, a California limited liability company ("Company") pursuant to the Amended And Restated Operating Agreement Of Barscott, LLC A California Limited Liability Company dated August 1, 2013.

Attending the meeting is Logan Beitler in her capacity as Manager and as the Member as herein after provided. The meeting occurred on the 17th of December 2024 at the principal offices of Company at 825 S. Barrington Avenue, Los Angeles, California 90049.

The following person constitute the member of Company: (i) Logan Beitler, Trustee of the Beitler Family Living Trust dated September 19, 2008, as amended ("Member"). The Member does hereby resolve as follows:

RESOLVED, the Member and Manager have determined that it is in the best interest of Company to file a bankruptcy proceeding under Chapter 11 or as otherwise advised by Company's legal counsel and, accordingly Company is authorized to file such bankruptcy proceeding, not limited to a Chapter 11 proceeding as the Manager shall determine, and that the Manager has all power and authority necessary and incidental thereto to arrange for the retention of legal counsel to and to execute such documents required to file and commence a bankruptcy proceeding on behalf of Company.

FURTHER, RESOLVED, the Member and Manager is authorized to execute on behalf of Company such documents and other incidental matters necessary to file a bankruptcy on behalf of Company.

FURTHER, RESOLVED, the Member and Manager acknowledge that the filing of a bankruptcy proceeding is urgent and necessary, and that time is of the essence.

FURTHER RESOLVED, that the Company hereby retains the law offices of Levene, Neale, Bender, Yoo & Golubchik L.L.P. ("LNBYG") as bankruptcy counsel for the Company for purposes of, among other things, representing the Company in its Chapter 11 case.

FURTHER RESOLVED, that the Member and Manager is hereby authorized and directed on behalf of and in the name of the Company to execute the Company's employment application of LNBYG as bankruptcy counsel to the Company in the Company's Chapter 11 bankruptcy case.

FURTHER, RESOLVED, each of the above resolutions are approved and are effective immediately.

Each of the above resolutions are unanimously approved by the Member and Manager and shall be effective as of December 17, 2024 ("Effective Date").

The undersigned constituting of the Member and Manager of Company have executed the aforementioned resolutions, each of which have been unanimously approved, each of which are effective as of the Effective Date.

_____
By: Logan Beitler
Manager of Barscott, LLC

_____
By: Logan Beitler
Beitler Family Living Trust

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>**Gary E. Klausner 69077**<br>**2818 La Cienega Ave.**<br>**Los Angeles, CA 90034**<br>**(310) 229-1234**<br>California State Bar Number: **69077 CA**<br>**GEK@LNBYG.COM** | FOR COURT USE ONLY |
|---|---|

☐  *Debtor(s) appearing without an attorney*

■  *Attorney for Debtor*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>**Barscott, LLC**<br><br><br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 11 |
|---|---|
| | **VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __2__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:  February 4, 2025

_____
Signature of Debtor 1

Date:  _____

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date:  _____

_____
Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                                                                                      F 1007-1.MAILING.LIST.VERIFICATION

```
Barscott, LLC
825 S. Barrington Ave.
Los Angeles, CA 90049


Gary E. Klausner
Levene, Neale, Bender, Yoo & Golubchik L.L.P.
2818 La Cienega Ave.
Los Angeles, CA 90034


CKR Advisors, LLC
c/o Ryan joe Solovy
24025 Park Sorrento, Suite 150
Calabasas, CA 91302


Fine Capital Investments, Inc.
c/o Ryan joe Solovy
24025 Park Sorrento, Suite 150
Calabasas, CA 91302


JPMorgan Chase Bank, N.A.
601 Oakmont Lane, Suite 300
Westmont, IL 60559


JPMorgan Chase Bank, N.A.,
c/o Officer, Mail Code LA4-7100
700 Kansas Lane
Monroe, LA 71203


Los Angeles County Tax Collector
P.O. Box 54018
Los Angeles, CA 90054


Mandalay Income Fund I SPE1, LLC
c/o Ryan joe Solovy
24025 Park Sorrento, Suite 150
Calabasas, CA 91302
```

```
Misty Mountain Capital, Inc.
c/o Ryan joe Solovy
24025 Park Sorrento, Suite 150
Calabasas, CA 91302


Neil Patel
c/o Ryan joe Solovy
24025 Park Sorrento, Suite 150
Calabasas, CA 91302


Nomad One, LLC
c/o Ryan joe Solovy
24025 Park Sorrento, Suite 150
Calabasas, CA 91302


North Beverly Properties, Inc.
c/o Ryan joe Solovy
24025 Park Sorrento, Suite 150
Calabasas, CA 91302
```